==PLEASE NOTE CHANGES MADE BY THE COURT==

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA MARTIN,<br><br>        Plaintiff,<br><br> vs.<br><br>COUNTY OF LOS ANGELES;<br>DEBORAH KNAAN; JAMES<br>CHERRETTE; STEPHEN WATSON,<br>and DOES 1 through 10, inclusive,<br><br>        Defendants. | ) 2:16-cv-02809 RGK (Ex)<br>) *[Assigned to the Hon. R. Gary Klausner,*<br>) *Courtroom 850]*<br>)<br>) **JUDGMENT RE: DEFENDANT**<br>) **DEBORAH KNAAN'S MOTION**<br>) **FOR SUMMARY JUDGMENT OR,**<br>) **IN THE ALTERNATIVE, PARTIAL**<br>) **SUMMARY JUDGMENT**<br>)<br>)<br>) *[Filed concurrently with Memorandum of*<br>) *Points and Authorities; Separate Statement*<br>) *of Undisputed Material Facts; and*<br>) *Declarations]*<br>)<br>) **DATE:   April 17, 2017**<br>) **TIME:   9:00 a.m.**<br>) **DEPT:   850**<br>)<br>) **Complaint Filed: 4/22/16**<br>)<br>) **Trial Date: 5/30/17**<br>) |

///

///

**Collins Collins**
**Muir + Stewart LLP**
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax   (626) 243-1111

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

The Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment of defendant Deborah Knaan ("Knaan") came on regularly for hearing on April 17, 2017 at 9:00a.m. before the Honorable R. Gary Klausner, judge presiding. ~~Plaintiff Samantha Martin, defendant Knaan, and defendant James Cherrette appeared by and through their respective attorneys of record.~~

After considering the moving, opposing, and reply papers, ~~the arguments of counsel,~~ all evidence submitted in support of the motion and in opposition to the motion, and having ruled to grant DEBORAH KNAAN's Motion for Summary Judgment,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:**

1. Summary Judgment shall be and hereby is entered in favor of Defendant Deborah Knaan as to each claim asserted by Plaintiff against Knaan;
2. Plaintiff shall take nothing as against defendant Knaan
3. This lawsuit shall be dismissed on the merits as to defendant Knaan; and
4. Defendant Knaan shall recover her costs in an amount to be determined.

DATED: ___May 5, 2017_____      _____ *Gary Klausner* _____

The Honorable R. Gary Klausner
UNITED STATES DISTRICT JUDGE

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

20051

JUDGMENT RE: KNAAN'S MOTION FOR SUMMARY JUDGMENT